IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50549
Conference Calendar
_____

KENNETH LEE JOHNSON,

Plaintiff-Appellant,

versus

ALICE BENNER; DELPHIS BENOIT;
JACK M. GARNER, Warden; CHARLIE
F. STREETMAN, Assistant Warden;
FRANK WILLIAMS; GRACE E. KENNEDY,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-94-CV-37
- - - - - - - - - -
December 9, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

On June 17, 1998, this court barred Kenneth Lee Johnson, Texas Prisoner # 515059, from filing any pleadings without advance permission from a judge. *See Johnson v. Tadlock*, No. 98-50099, slip op. at 2 (5th Cir. June 17, 1998) (unpublished). Seven days earlier, Johnson filed his appellate brief in this separate appeal, contending that the district court erred by dismissing his equal-protection claim and by imposing a $120

---

Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sanction.  We consider Johnson's appeal because the brief was filed before the bar was imposed.  We AFFIRM the decision of the district court.

The Respondents' motion for sanctions on appeal is DENIED as unnecessary; Johnson is reminded that this court's previously announced bar remains in effect and that he must seek permission from a judge of the forum court to make any filings in this court or any court subject to this court's jurisdiction.

AFFIRMED; MOTIONS FOR SANCTIONS DENIED.